**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-----

**No. 97-6307**

-----

UNITED STATES OF AMERICA,

　　　　　　　　　　　　　　　　　　Plaintiff - Appellee,

　　　versus

WILLIAM DEAGO SALES,

　　　　　　　　　　　　　　　　　　Defendant - Appellant.

-----

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CR-94-37-BO, CA-96-803-5-BO)

-----

Submitted:  June 19, 1997　　　　　Decided:  June 30, 1997

-----

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

-----

Dismissed by unpublished per curiam opinion.

-----

William Deago Sales, Appellant Pro Se.  Bruce Charles Johnson, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

-----

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997), and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Sales, Nos. CR-94-37-BO; CA-96-803-5-BO (E.D.N.C. Nov. 19, 1996; Feb. 10, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2